United States District and Bankruptcy Courts
For the District of Columbia

Gulshan Ara Uddin
12240 Stoney Bottom Rd
Germantown, MD 20874

Case: 1:19-mc-00033
Assigned To : Jackson, Ketanji Brown
Assign. Date : 3/8/2019
Description: Misc.

Motion

To whom it may concern,

I Gulshan Ara Uddin DOB 08/10/1966 is requesting Federal Court holding jurisdiction where I had my naturalization to correct my legal date of birth. My naturalization certificate number is 13750906.

Thank you
Gulshan Ara Uddin

3/8/19

RECEIVED
MAR - 8 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia